No. 231, Misc. LARSEN *v.* CALIFORNIA. Appeal from the Supreme Court of California. *Per Curiam:* The appeal in this case is dismissed.

No. 290, Misc. SHOTKIN *v.* TRUSTEES OF THE INTERNAL IMPROVEMENT FUND OF FLORIDA ET AL. Appeal from the Supreme Court of Florida. *Per Curiam:* The appeal in this case is dismissed.

No. 309, Misc. FULLER ET AL. *v.* MULLINS. Appeal from the Supreme Court of Texas. *Per Curiam:* The appeal in this case is dismissed. *I. H. Spears* for appellants.

No. 457. CARTER *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. On consideration of the entire record and confession of error by the Solicitor General of the United States the judgment of the Court of Appeals is vacated and the case is remanded to the District Court. *John Y. Merrell* and *Daniel S. Ring* for petitioner. *Solicitor General Soboloff* for the United States.